Frank W. Volk, Chief Judge
United States Bankruptcy Court
Southern District of West Virginia

**Dated: October 11th, 2019**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON**

| | |
|---|---|
| IN RE: | CASE NO. 17-20290 |
| TERRY KEVIN HUFF and PATRICIA SHERRY LEA HUFF, | CHAPTER 13 |
| Debtors. | JUDGE FRANK W. VOLK |

## ORDER

This matter is before the Court on limited remand from the district court [Dckt. 120] for correction of the concluding paragraph of this Court's May 20, 2018 Memorandum Opinion and Order [Dckt. 75].

In accordance with this Court's intended ruling of May 20, 2018, and the district court's limited remand, this Court **ORDERS** that the name "Keck," appearing on page 8 of the Memorandum Opinion and Order [Dckt. 75 at 8], be, and hereby is, **STRICKEN** and **REPLACED** with the name "Estep."